IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN FRAZIER MILLS,

        Appellant,

v.

Case No. 5D23-447
LT Case No. 2021-CF-002953

STATE OF FLORIDA,

        Appellee.
_____/

Decision filed July 3, 2023

Appeal from the Circuit Court
for Duval County,
Adrian G. Soud, Judge.

Matthew J. Metz, Public Defender,
and Edward J. Weiss, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
and Bryan Jordan, Senior Assistant
Attorney General, Tallahassee, for
Appellee.

PER CURIAM.

      AFFIRMED.

MAKAR, EISNAUGLE and KILBANE, JJ., concur.